UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
SONYA WHITTEN LATIMORE,             :
                                    :
                 Plaintiff,         :        06 CV 7639 (BSJ)(AJP)
                                    :
         -v-                        :              ORDER
                                    :
WAYNE SCHILLING,                    :
                                    :
                 Defendant.         :
                                    :
                                    :
                                    :
------------------------------------X


**BARBARA S. JONES**
**UNITED STATES DISTRICT COURT JUDGE**

    After having reviewed Magistrate Judge Andrew J. Peck's

Report and Recommendation dated June 13, 2008 (the "Report"), and

having received no objections thereto, I hereby confirm and adopt

the Report in its entirety, having been satisfied that there is

no clear error on the face of the record. See Nelson v. Smith,

618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the Clerk

of the Court is directed to enter a default judgment for

Plaintiff against Defendant Wayne Schilling (of Slaton, Texas) in

the amount of $95,180.90.

**SO ORDERED:**

                                    _____
                                    **BARBARA S. JONES**
                                    **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          July 15, 2008

MICROFILMED

JUL 16 2008 ~3 00 PM

